UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

In re:

COMMUNITY MEMORIAL HOSPITAL
dba CHEBOYGAN MEMORIAL HOSPITAL,

Case No. 12-20666
Chapter 11
Honorable Daniel S. Opperman

Debtor.
_____/

# LIQUIDATING TRUSTEE'S MOTION FOR AUTHORITY TO ABANDON REAL PROPERTY PURSUANT TO 11 U.S.C. §554

A. Brooks Darling, Liquidating Trustee ("Liquidating Trustee"), in accordance with Fed. R. Bankr. P. 6007 and E.D. Mich. LBR 9014-1, moves the Court for authority to abandon real property pursuant to 11 U.S.C. §554. In support of same, the Liquidating Trustee states as follows:

1. This Court has jurisdiction to decide this motion pursuant to 28 U.S.C. §§ 157 & 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue properly lies with this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code on March 1, 2012.

3. This Court confirmed the Plan of Liquidation proposed by the Creditors' Committee pursuant to an order dated August 7, 2013 (Docket No. 799) which established the CMH Liquidating Trust to administer remaining assets. A. Brooks Darling is the duly appointed Liquidating Trustee.

4. Property of the Liquidating Trust includes a vacant lot with dimensions of approximately 109 feet by 90 feet, located on the southwest corner of W. Lincoln Avenue and S. Huron Street, commonly known as 700 S. Huron St. It is located in the City of Cheboygan, County of Cheboygan, Michigan, and is further described as follows:

> Lot 13, Block 1, Supervisor John P. Galbraith's Second Addition to the City of Cheboygan, according to the plat thereof as recorded in Liber 2 of Plats, Page 153, Cheboygan County Records.
>
> Parcel No. 055-G17-001-012-00.

5. Upon information and belief, the lot is not subject to any liens, encumbrances or other interests.

6. The lot is listed on the Debtor's Schedule A with a value of $15,000. However, based upon consultation with his realtor, the Trustee listed the property for sale with Berkshire Hathaway Home Services for $5,000 and no offers were received. In addition to listing the property for sale, adjacent landowners and nearby businesses were contacted, but no offers to purchase the lot were made.

7. The parcel is listed with the City of Cheboygan as having an assessed value of $0 due to the debtor hospital being a non-profit organization which was exempt from payment of property taxes.

8. Because no taxes are assessed on the property, the Trustee has continued to attempt to sell it. However, there are other costs associated with the property including liability insurance premiums at $525 per year and grass mowing at $300 to $400 per year. The grass mowing is required by the City of Cheboygan pursuant to ordinance.

9. The City of Cheboygan Tax Assessor and Treasurer are being provided with notice of this Motion.

10. The lot is both burdensome and of inconsequential value to the estate since the ongoing costs of mowing and insurance have exceeded the value of the property.

11. Pursuant to 11 U.S.C. 554(a), the Trustee may abandon any property that is "burdensome to the estate" or that is of "inconsequential value and benefit to the estate".

12. Pursuant to the Plan of Liquidation and the Liquidating Trust Agreement, the Liquidating Trustee has the authority to dispose of the trust assets.

13. The Liquidating Trustee believes that abandonment of the lot is in the best interests of the Liquidating Trust and creditors.

WHEREFORE, the Liquidating Trustee respectfully requests of this Court to enter the proposed order attached as Exhibit 1 approving the Liquidating Trustee's abandonment of the real property.

Date: July 27, 2018        /s/ A. Brooks Darling
                           A. Brooks Darling (P26419)
                           Liquidating Trustee
                           412 S. Union St.
                           Traverse City, MI
                           (231) 947-8500
                           abdarling@abdlawtc.com

Exhibit 1 – Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION - BAY CITY**

In re:

| | |
|---|---|
| Community Memorial Hospital<br>dba Cheboygan Memorial Hospital,<br><br>                       Debtor.<br>_____/ | Case No. 12-20666<br>Chapter 11<br>Honorable Daniel S. Opperman |

**ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION**
**TO ABANDON REAL PROPERTY PURSUANT TO 11 U.S.C. §554**

This matter having come before the Court on the Motion of the Liquidating Trustee, A. Brooks Darling, for authority to abandon real property, no objections having been filed, and the Court being fully advised in the premises,

IT IS ORDERED that the *Liquidating Trustee's Motion for Authority to Abandon Real Property Pursuant to 11 U.S.C. §554* is approved.

IT IS FURTHER ORDERED that the pursuant to 11 U.S.C §554(a), the Liquidating Trustee's interest in the following real property is abandoned immediately upon the entry of this Order:

Located in the City of Cheboygan, County of Cheboygan, Michigan. Lot 13, Block 1, Supervisor John P. Galbraith's Second Addition to the City of Cheboygan, according to the plat thereof as recorded in Liber 2 of Plats, Page 153, Cheboygan County Records.

Parcel No. 055-G17-001-012-00.

Exhibit 2 – Notice

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION - BAY CITY**

In re:

| | |
|---|---|
| Community Memorial Hospital<br>dba Cheboygan Memorial Hospital,<br><br>　　　　　Debtor.<br>_____/ | Case No.  12-20666<br>Chapter 11<br>Honorable Daniel S. Opperman |

**NOTICE OF LIQUIDATING TRUSTEE'S MOTION FOR AUTHORITY TO ABANDON REAL PROPERTY PURSUANT TO 11 U.S.C. §554**

　　　　The Liquidating Trustee, A. Brooks Darling, has filed a motion with the Court for authority to abandon real property pursuant to 11 U.S.C. §554.

　　　　**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

　　　　If you do not want the court to grant the requested relief, or if you would like the court to consider your views on this motion, **within 14 days**, you or your attorney must:

a.　　File with the Court a written response or an answer explaining your position at:

> United States Bankruptcy Court
> 111 First Street
> Bay City, MI  48708

　　　　If you mail a response to the Court for filing, you must mail it early enough so the court will receive it on or before the date stated above.  All attorneys are required to file pleadings electronically. You must also mail a copy to A. Brooks Darling at the address below.

b.　　If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief**.

| | |
|---|---|
| Date: July 27, 2018 | /s/ A. Brooks Darling　　　　　<br>A. Brooks Darling (P26419)<br>412 S. Union<br>Traverse City, MI 49684<br>(231) 947-8500<br>abdarling@abdlawtc.com |

Exhibit 3 - Brief

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY**

In re:

| | |
|---|---|
| COMMUNITY MEMORIAL HOSPITAL<br>dba CHEBOYGAN MEMORIAL HOSPITAL,<br><br>  Debtor.<br>_____/ | Case No. 12-20666<br>Chapter 11<br>Honorable Daniel S. Opperman |

**BRIEF IN SUPPORT OF LIQUIDATING TRUSTEE'S MOTION FOR AUTHORITY
TO ABANDON REAL PROPERTY PURSUANT TO 11 U.S.C. §554**

      A. Brooks Darling, Liquidating Trustee ("Liquidating Trustee"), files this brief in support of his *Liquidating Trustee's Motion for Authority to Abandon Real Property Pursuant to 11 U.S.C. §554* in accordance with E.D. Mich. LBR 9014-1(f)(2).

      In support of said Motion, the Liquidating Trustee relies on and incorporates by reference the statements of fact and the authorities cited in the Motion.

      Pursuant to 11 U.S.C. §554(a), the Trustee may abandon any property that is "burdensome to the estate" or that is of "inconsequential value and benefit to the estate". The lot to be abandoned is located between residences and a strip mall and does not lend itself to any particular use. The fact that it has not sold for $5,000 suggests it is worth even less that that amount, and the ongoing costs of mowing and insurance have actually exceeded the value of the property. The lot is both burdensome and of inconsequential value to the liquidating trust.

      "The Trustee's power to abandon property is discretionary and the Court will generally defer to the Trustee's judgment in determining whether to abandon a property." *In re Syntax-Brillian Corporation*, Debtors, No. 08-11407 (KJC), 2018 WL 3491758, at 15 (Bankr. D. Del. July 18, 2018), quoting *In re Moore*, No. 15-10174, 2015 WL 5674430, at 9 (Bankr. D.N.J. Sept. 25, 2015). To confirm a proposed abandonment, the court needs only to find that the trustee made "(1) a business judgment; (2) in good faith; (3) upon some reasonable basis; and (4) within the trustee's scope of

authority." *Syntax-Brillian Corporation*, quoting *In re Slack*, 290 B.R. 282, 284 (Bankr. D.N.J. 2003) aff'd 112 Fed. Appx. 868 (3d Cir. 2004)).

The Liquidating Trustee respectfully requests of this Court to enter the proposed order attached as Exhibit 1 to the Motion, approving the Liquidating Trustee's abandonment of the real property.


Date:   July 27, 2018               /s/ A. Brooks Darling
                                    A. Brooks Darling (P26419)
                                    Liquidating Trustee
                                    412 S. Union St.
                                    Traverse City, MI
                                    (231) 947-8500
                                    abdarling@abdlawtc.com

Exhibit 4 – Proof of Service

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION - BAY CITY

In re:

| | |
|---|---|
| Community Memorial Hospital<br>dba Cheboygan Memorial Hospital,<br><br>        Debtor.<br>_____/ | Case No. 12-20666<br>Chapter 11<br>Honorable Daniel S. Opperman |

## CERTIFICATE OF SERVICE

I, Susan P. VanKersen, certify that on July 27, 2018, the following documents were served:

**LIQUIDATING TRUSTEE'S MOTION FOR AUTHORITY TO ABANDON REAL PROPERTY PURSUANT TO 11 U.S.C. §554**

**NOTICE OF LIQUIDATING TRUSTEE'S MOTION FOR AUTHORITY TO ABANDON REAL PROPERTY PURSUANT TO 11 U.S.C. §554**

upon all persons registered to receive notice by the CMF/ECF electronic filing system.

I further certify that on July 27, 2018, I served said documents via First Class Mail upon the following persons and entities, as well as to all parties on the attached special service list, by mailing same bearing addresses, with postage fully pre-paid, and depositing in the United States Post Office, Traverse City, Michigan, 49684:

| | | |
|---|---|---|
| Tom Eustice<br>Cheboygan City Assessor<br>403 N. Huron Street<br>Cheboygan, MI 49721 | Bridget Brown<br>Cheboygan City Clerk and Treasurer<br>403 N. Huron Street<br>Cheboygan, MI 49721 | Stephen E. Lindsay<br>Lindsay & Lindsay, LLP<br>220 South Main St., PO Box 267<br>Cheboygan, MI 49721 |

Date: July 27, 2018

                                          /s/ Susan P. VanKersen
                                          Susan P. VanKersen
                                          412 S. Union St.
                                          Traverse City, MI
                                          (231) 947-7900

Internal Revenue Service
P.O. Box 145500
Cincinnati, OH 45250-5500

State of Michigan
P.O. Box 30437
Lansing, MI 48909

Shelly Fuller
United States Dept of Agriculture
1501 Cass Street, Suite A
Traverse City, MI 49684

State of Michigan UIA Tax Collection
3024 W. Grand Blvd
P.O. Box 30657
Detroit, MI 48909-8157

State of Michigan Treasury
Dept 77003
Detroit, MI 48277-0003

Heather L. Donald
3030 W. Grand Blvd.
Ste. 10-200
Detroit, MI 48202

K.K. George, Account Examiner
Department of Attorney General
Unemployment Division
3030 W. Grand Blvd, Suite 9-600
Detroit, MI 48202

Steven M. Thompson
Wipfli
469 Security Blvd.
Green Bay, WI 54313

Michigan Unemployment Agency
P.O. Box 169
Grand Rapids, MI 49501-0169

Michigan Department of Treasury
Collection/Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909-7668

Bruce J. Borrus
Riddell Williams P.S.
1001 Fourth Avenue, Ste. 4500
Seattle, WA 98154

Moe Freedman
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

Howard J. Victor
o/b/o Lisa Bischer
30445 Northwestern Hwy, Suite 210
Farmington Hills, MI 48334

Christine A. Derdarian
2055 Orchard Lake Road
Sylvan Lake, MI 48320

Joseph M. Geraghty
Conway Mackenzie Inc.
109 North Main Street
500 Performance Place
Dayton, OH 45402

William Morris
Assistant Attorney General
P.O. Box 30758
Lansing, MI 48909

Stephen Grow
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487

Northern MI Hospital
Attn: Reezie Devet
416 Connable
Petoskey, MI 49770

Agility Health Inc.
Attn: Michael Laponsie
607 Dewey Avenue NW
Grand Rapids, MI 49504

Munson Medical Center
Attn: Mark Hepler
P.O. Box 1131
Traverse City, MI 49685-1131

Dell Perot Systems
Attn: Vickie Progdon
2300 W. Plano Parkway
Plano, TX 75075

Healthcare Claims Solutions, Inc.
Attn: Greg Robinson
3460 S. Dixie Hwy.
Moraine, OH 45439

State of Michigan
P.O. Box 30437
Lansing, MI 48909

Anesthesia Staffing Consultants
Attn: Paul Santoro
30200 Telegraph Road, Ste. 220
Bingham Farms, MI 48025

American United Life
Attn: Melissa A. Holman
P.O. Box 6010
Indianapolis, INI 46206-6010

MHA
Attn: Amy Barkholtz
6215 West St. Joseph Hwy.
Lansing, MI 48917

Consumers Energy
124 W. Allegan Street, Ste. 1900
Lansing, MI 48933-1768

Life Care Sleep and Health Center
Attn: Barry Gaukel
7200 W. Saginaw Hwy, Ste. 2
Lansing, MI 48917

Sanofi Pasteur, Inc.
Discovery Drive
Swiftwater, PA 18370

John E. Green Company
Attn: Debbie Sarhan
1125 North Cedar Street
Mason, MI 48854

Phoenix Health Systems, Inc.
Attn: Darin Legrance
1130 East Arapaho Road, Suite 500
Richardson, TX 75081

3M
Attn: Kathy Stevens
575 W. Murray Blvd.
Murray, UT 84123-4511

Jayson B. Ruff
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

David M. Miller
McLaren Health Care Corporation
400 Galleria Officentre, Ste. 444
Southfield, MI 48034

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

David A. Lerner
Plunkett Cooney
38505 Woodward Avenue, Ste 2000
Bloomfield Hills, MI 48304

Sheila Khan Monroe
Michigan Nurses Association
2310 Jolly Oak Road
Okemos, MI 48864

Michael C. Hammer
Dickinson Wright PLLC
301 E. Liberty Street, Suite 500
Ann Arbor, MI 48104-2266

Paul W. Carey
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477

Gordon Food Service
Attn: Holly Sietsema
420 Fiftieth Street SW
Grand Rapids, MI 49501

David K. Foust
U.S. Department of Justice
211 W. Fort Street, Ste 700
Detroit, MI 48226

Heather L. Donald
3030 W. Grand Blvd., Ste 10-200
Detroit, MI 48202

State of Michigan UIA Tax Collection
3024 W. Grand Blvd.
P.O. Box 30657
Detroit, MI 48909-8157

Sandra S. Hamilton, Esq.
Clark Hill PLC
200 Ottawa Ave NW, Ste. 500
Grand Rapids, MI 49503

CMS
Mail Stop C3-11-03
7500 Security Blvd.
Baltimore, MD 21244

Arlene N. Gelman, Esq.
Jonathan E. Aberman, Esq.
VEDDER PRICE P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601

Michael S. McElwee
VARNUM LLP
P.O. Box 352
333 Bridge Street, N.W.
Grand Rapids, MI 49501-0352

Robert D. Mollhagen
VARNUM LLP
39500 High Pointe Blvd, Ste 350
Novi, MI 48375

Paul R. Hage
JAFFE, RAITT, HEUER & WEISS
27777 Franklin Road, Suite 2500
Southfield, MI 48034

Nantz Litowich Smith
Attn: Phil Nantz
2025 E. Beltline SE, Ste 600
Grand Rapids, MI 49546

Shawn M. Riley
Paul W. Linehan
McDonald Hopkins LLC
600 Superior Avenue East, Ste. 2100
Cleveland, OH 44114

Internal Revenue Service
P.O. Box 145500
Cincinnati, OH 45250-5500

Julie Beth Teicher
McLaren Health Care Corporation
400 Galleria Officentre, Ste. 444
Southfield, MI 48034

Julia A. Caroff
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211

USDA - Rural Development
1501 Cass Street, Suite A
Traverse City, MI 49684

Jeremy J. Nastoff
SMITH HAUGHEY RICE & ROEGGE
101 Park Street
Traverse City, MI 49684

Michael A. Maricco
PBGC Office of the Chief Counsel
1200 K. Street, N.W.
Washington, DC 20005-4026

Peter A. Teholiz
Life Care Sleep Diagnostics, LLC
5801 West Michigan Avenue
P.O. Box 80857
Lansing, MI 48908-0857

John M. Roels
Healthcare Compliance Systems, Inc.
40 Pearl Street NW, Suite 200
Grand Rapids, MI 49503

Timothy Hillegonds
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503

Roland Hwang
Assistant Attorney General
LARA, UIA
3030 W. Grand Blvd, Ste. 9-600
Detroit, MI 48202

Veronica I. Magda
Riddell Williams P.S.
1001 - 4th Avenue, Suite 4500
Seattle, WA 98154

Kristi A. Katsma
500 Woodward Avenue, Ste. 4000
Detroit, MI 48226

Daniel F. Gosch
200 Ottawa Avenue
Grand Rapids, MI 49503

Dale Price
Equal Employment Opportunity
477 Michigan Avenue Room 865
Detroit, MI 48226

Susan Jill Rice
1241 E. Eighth Street
P.O. Box 5817
Traverse City, MI 49696

Scott A. Chernich
FOSTER, SWIFT, COLLINS & SMITH, P.C.
313 South Washington Square
Lansing, MI 48933

Donna K. Welch
Assistant Attorney General
3030 W. Grand Blvd., Suite 10-650
Detroit, MI 48202

Katherine Kakish
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

Harold E. Nelson, Esq.
Rhoades McKee PC
161 Ottawa, N.W. Suite 600
Grand Rapids, MI 49503

Daniel R. Schimizzi
707 Grant Street, Suite 2200
Gulf Tower
Pittsburgh, PA 15219

Craig S. Neckers
Smith Haughey Rice & Roegge
100 Monroe Center NW
Grand Rapids, MI 49503

Tom Eustice
Cheboygan City Assessor
403 N. Huron Street
Cheboygan, MI 49721

Bridget Brown
Cheboygan City Clerk and Treasurer
403 N. Huron Street
Cheboygan, MI 49721

Stephen E. Lindsay
Lindsay & Lindsay, LLP
220 South Main St., PO Box 267
Cheboygan, MI 49721