# UNITED STATE BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION – BAY CITY

| | | |
|---|---|---|
| In re: | ) | Case No. 12-20666-dob |
| | ) | |
| Community Memorial Hospital, dba | ) | Chapter 11 |
| Cheboygan Memorial Hospital, | ) | |
| a Michigan nonprofit corporation | ) | Hon. Daniel S. Opperman |
| | ) | |
| Debtor | ) | |

## ORDER APPROVING SETTLEMENT OF ADVERSARY PROCEEDINGS PURSUANT TO FED. R. BANKR. P. 9019

THIS MATTER is before the Court on A. Brooks Darling (the "Liquidating Trustee"), and the CMH Liquidating Trust's (the "Liquidating Trust") Motion to Approve Settlement of Adversary Proceedings Pursuant to Fed. R. Bankr. P. 9019 [Docket No. 1282] (the "Motion"). The Court has considered the Motion. The Court finds that due and proper notice of the Motion was given; that no objections were received; that the relief requested in the Motion is in the best interests of the creditors and the bankruptcy estates; and otherwise finds good cause for entry of this Order.

NOW THEREFORE,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The settlement described in the Motion and contained in the Settlement Agreement attached to the Motion as Exhibit 6 is approved.

3. The Settlement Agreement executed by the parties thereto (including all attached Exhibits), a copy of which is attached to the Motion as Exhibit 6, is approved in its entirety.

4. The Liquidating Trustee is authorized to execute any other documents which, in his business judgment, is required to implement the terms of the settlement and this Order.

5. Any and all parties that have received notice of the Motion, the Notice and Opportunity to Respond to the Motion, and this Order are permanently barred and enjoined from asserting any and all further claims (i) on the National Union Fire Insurance Company of Pittsburgh, Pa. insurance policy (the "Policy") that is at issue in Adversary Proceeding No. 14-02020-dob and Adversary Proceeding No. 02082-dob (the "Adversary Proceedings"), both pending in the United States Bankruptcy Court for the Eastern District of Michigan, and/or (ii) against any of the American International Companies arising out of or in any way relating to this bankruptcy proceeding.

6. The parties to Adversary Proceedings shall stipulate to dismissal of the Adversary Proceedings in accordance with the Settlement Agreement. Such

stipulated orders shall contain the same prohibition on claims on the Policy and/or against the American International Companies set forth in paragraph 5 above.

7. The Court retains jurisdiction to enforce the terms of this Order.

**Signed on August 26, 2020**



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge