In re:

**COMMUNITY MEMORIAL
HOSPITAL, d/b/a CHEYBOYGAN
MEMORIAL HOSPITAL**

Case No: 12-20666-dop

Chapter 11
Hon. Daniel S. Opperman

As Chapter 11 Liquidation Trustee, I affirm:

1.  That I have reviewed the financial statements attached hereto, consisting of:

    Operating Statement            ~~Accounts Payable Aging~~
    ~~Balance Sheet~~              ~~Accounts Receivable Aging~~
    ~~Summary of Operations~~      Bank Account Statement
    Monthly Cash Statement

    and that they have been prepared in accordance with the normal and customary
    accounting practices, and fairly and accurately reflect the debtor's financial
    activity for the period stated;

2.  That the insurance as described in Section 4 of the Operating Instructions and
    Reporting Requirements For Chapter 11 Cases is no longer in effect given that the
    business assets were sold in April 2012;

3.  That all post petition taxes as described in Sections 1 and 14 of the Operating
    Instructions and Reporting Requirements for Chapter 11 cases are current;

4.  No professional fees (attorney, accountant, etc.) have been paid without specific
    court authorization.

5.  All United States Trustee Quarterly fees have been paid and are current.

I hereby certify, under penalty of perjury, that the information provided herein is true and
correct to the best of my information and belief.

A Brooks Darling, Liquidation Trustee
412 S Union St
Traverse City, MI 49686
(231) 941-3446

1/18/21
Date

Community Memorial Hospital, dba Cheyboygan Memorial Hospital; Case # 12-20666
Operating Statement (P & L)

For the Month Ending December 31, 2021

| | Current Period | Total since July 2013 |
|---|---|---|
| Total Operating Revenue | $ - | $ 4,227 |
| Cost of Sales | $ - | $ - |
| Gross Profit | $ - | $ 4,227 |
| Expenses | | |
| Salaries | $ - | $ - |
| Contract Labor | - | 3,971 |
| Other | - | 23,076 |
| Professional Fees | - | - |
| Purchased Services | - | - |
| Supplies | - | - |
| Parts and Repairs | - | - |
| Utilities | - | 3,164 |
| Depreciation | - | - |
| Interest | - | - |
| Provider Tax | - | - |
| Benefits | - | - |
| Provision for Bad Debt | - | - |
| Insurance | - | 2,713 |
| Bank Service Charges | - | 464 |
| Total Expenses | $ - | $ 33,389 |
| Net Operating Profit/(Loss) | $ - | $ (29,162) |
| Add: Non-Operating Income: | | |
| Interest/Dividend Income | $ - | $ 1,825 |
| Other Income | - | 7,042 |
| Total Other Income | $ - | $ 8,867 |
| Less: Non-Operating Expenses: | | |
| Professional Fees | $ - | $ - |
| Loss on Sale of Assets | $ - | $ - |
| Michigan Business Tax | - | - |
| Adequate Protection Payments | - | - |
| Trustee Bond Expense | - | - |
| Other (U S Trustee Fee) | - | - |
| Total Other Expenses | $ - | $ - |
| Net Income/(Loss) | $ - | $ (20,295) |

Form 2

Community Memorial Hospital, dba Cheyboygan Memorial Hospital; Case # 12-20666
Monthly Cash Statement
For the Month Ending December 31, 2021

Cash Activity Analysis

| | LIQUIDATING TRUSTEE'S ACCOUNT ACTIVITY | | | | Summary Totals All Accounts |
|---|---|---|---|---|---|
| Beginning Balance | $ | 487,211.03 | $ | - | $ | 487,211.03 |
| Receipts/Deposits | | - | | - | $ | - |
| Transfers from other Accounts | | - | | - | $ | - |
| Proceeds from additional borrowings | | - | | - | | - |
| Balance Available | $ | 487,211.03 | $ | - | $ | 487,211.03 |
| Disbursements | | 400.00 | | - | $ | 400.00 |
| Transfers to other Accounts | | - | | - | $ | - |
| Ending Balance | $ | 486,811.03 | $ | - | $ | 486,811.03 |

Account Information

Liquidating Trustee's Account:
 Mechanics Bank
 Acct # ******7566-Checking Account

_A. Brooks Darling_

A. Brooks Darling, Liquidating Trustee

1/18/21

Date

Form 5

# CMH Liquidating Trust
## Account QuickReport
### As of December 31, 2020

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| Mechanics Bank | | | | | | | | 487,211.03 |
| Check | 12/31/2020 | EFT | Rabobank, N.A. | | 5. All expenses... | | 400.00 | 486,811.03 |
| Total Mechanics Bank | | | | | | 0.00 | 400.00 | 486,811.03 |
| TOTAL | | | | | | 0.00 | 400.00 | 486,811.03 |

 **Mechanics Bank®**
P.O. Box 6010
Santa Maria, CA 93456-6010
*Return Service Requested*

 Mechanics Bank
Member FDIC
NMLS #442116

A. Brooks Darling
412 South Union
Traverse City MI 49684

| | |
|---|---|
| Case Number | 01 |
| Case Name | CMH LIQUIDATING TRUST |
| Trustee Number | 0000420193 |
| Trustee Name | A. Brooks Darling |

📞 **Questions**
(800) 634-7734
banking.services@stretto.com
www.stretto.com

## TRUSTEE CHECKING

**Account Number:** ⬛⬛⬛7566

| | | | |
|---|---|---|---|
| Enclosures | 0 | Beginning Balance | $491,428.32 |
| Avg Collected Balance | $491,415.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $400.00 |
| | | **Ending Balance** | **$491,028.32** |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 12-31 | BANK & TECH FEE | 400.00 |

## Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 11-30 | 491,428.32 | 12-31 | 491,028.32 |

# CMH Liquidating Trust
## Reconciliation Detail
### Mechanics Bank, Period Ending 12/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 491,428.32 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 12/31/2020 | EFT | Rabobank, N.A. | X | -400.00 | -400.00 |
| Total Checks and Payments | | | | | -400.00 | -400.00 |
| Total Cleared Transactions | | | | | -400.00 | -400.00 |
| **Cleared Balance** | | | | | -400.00 | 491,028.32 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Paycheck | 12/22/2014 | 364 | Manuel Duron | | -4,217.29 | -4,217.29 |
| Total Checks and Payments | | | | | -4,217.29 | -4,217.29 |
| Total Uncleared Transactions | | | | | -4,217.29 | -4,217.29 |
| **Register Balance as of 12/31/2020** | | | | | -4,617.29 | 486,811.03 |
| **Ending Balance** | | | | | -4,617.29 | 486,811.03 |

12-20666-dob   Doc 1291   Filed 01/21/21   Entered 01/21/21 15:14:58   Page 7 of 7